**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JOSE ORTEGA DURAN,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03777-RFB-EJY

**ORDER TO SHOW CAUSE**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 4), it has come to the Court's attention that Petitioner, Jose Ortega Duran, has another habeas proceeding pending in this District: Jose Ortega Duran v. Blanche, No. 2:26-CV-0648-RFB-MDC.

Accordingly, **IT IS HEREBY ORDERED** that, on or before November 30, 2026, Petitioner, with the assistance of counsel, must show cause why this case should not be dismissed without prejudice as duplicative of Petitioner's other pending habeas proceedings. See Jose Ortega Duran v. Blanche, No. 2:26-CV-0648-RFB-MDC.

Alternatively, on or before November 30, 2026, Petitioner, with the assistance of counsel, may file the appropriate document under Federal Rule of Civil Procedure 41(a) to voluntarily dismiss this action without prejudice to proceed in their pending habeas proceeding.

**DATED:** November 18, 2026.

/s/ Richard F. Boulware, II

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**